1  STEPHEN L. DAVIS (CA State Bar No. 149817)
   LAW OFFICES OF STEPHEN L. DAVIS
2  8880 Cal Center Drive, Suite 180
   Sacramento, California 95826
3  Telephone: (916) 362-9000
   Fax: (916) 362-9066
4  E-mail:  sdavis@davisandleonard.com

5  Attorneys for Plaintiff
   Rene Schaub

6
   *Attorneys for Plaintiff*
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RENE SCHAUB, an individual, for herself and doing business as Pathfinder Inventions,<br><br>Plaintiff,<br><br>vs.<br><br>ORCHARD YARN & THREAD CO., INC., A New York corporation, doing business as LION BRAND YARN COMPANY,<br><br>Defendant. | Case No.: 17-cv-2330 TLN GGH<br><br>**STIPULATION TO DISMISS PATENT INFRINGEMENT CLAIM AND COUNTERCLAIM RE PATENT INVALIDITY** |

Plaintiff/counterclaim defendant Rene Schaub ("Schaub") and defendant/counterclaimant Orchard Yarn & Thread Co., Inc., through their counsel of record, hereby stipulate as follows, in response to the filing of defendant/counterclaimant's counterclaim and motion to dismiss on grounds of improper venue, filed on July 17, 2018:

1. Plaintiff's third claim for relief for patent infringement shall be dismissed without prejudice.

2. The counterclaim shall be dismissed without prejudice.

3. Defendant's motion to dismiss is withdrawn, and the hearing currently scheduled on the motion shall be taken off calendar.

Dated: August 16, 2018

| LAW OFFICES OF STEPHEN L. DAVIS | STAINBROOK & STAINBROOK LLP |
|---|---|
| _/Stephen L. Davis/_____ <br> Stephen L. Davis <br> For Plaintiff Rene Schaub | /Craig M. Stainbrook/_____ <br> Craig M. Stainbrook <br> For Defendant Orchard Yarn & Thread Co. |

ORDER

IT IS SO ORDERED.

Dated: August 20, 2018

_____
Troy L. Nunley
United States District Judge